UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RICHARD D. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:16-cv-00041 |
| | ) CHIEF JUDGE CRENSHAW |
| HANK INMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 59.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 40) is **DENIED**. Hank Inman's Motion for Summary Judgment (Doc. No. 43) is **GRANTED**. All claims against Inman are **DISMISSED WITH PREJUDICE**. Further, all claims against Jillian McGuire and Courtney Smith are **DISMISSED WITHOUT PREJUDICE** for insufficient service, pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE